**Jennifer L. Larson**
**ARNOLD & PORTER LLP**
**399 Park Avenue**
**New York, NY  10022**
**(212) 715-1000**
**Attorney for Defendants Neeman, Kahlon, Arbel, Steinmetz, Artman, Milner, and Edri**

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON BEN HAIM, SOL HAVIVI, and GAMLIEL ELMALEM,<br><br>*Plaintiffs*,<br><br>v.<br><br>YAAKOV NEEMAN, MOSHE KACHLON, EDNA ARBEL, SIMONA SHTINMETZ, BATYA ARTMAN, NIVA MILNER, DANIEL EDRI, KONRAD ADENAUER STIFTUNG, INTERNATIONAL FELLOWSHIP OF CHRISTIANS AND JEWS, and NEW ISRAEL FUND,<br><br>*Defendants*. | CIVIL ACTION<br><br>Case No. 12-cv-351 (JLL) (MAH)<br><br>ELECTRONICALLY FILED |

### CERTIFICATION OF JENNIFER L. LARSON IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF ROBERT REEVES ANDERSON

I, Jennifer L. Larson, certify as follows:

1. I am a member of the law firm of Arnold & Porter LLP, and counsel of record for Yaakov Neeman, Moshe Kahlon, Edna Arbel, Simona Steinmetz, Batya Artman, Niva Milner, and Daniel Edri in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New Jersey, to which I was admitted in 1999.  A certificate of good standing can be obtained from the Secretary of the Board of Bar Examiners, 25 Market Street, Trenton, NJ 08625.

3. I am also a member in good standing of the following Courts:

- United States District Court for the District of New Jersey (1999),

    Clarkson S. Fisher Federal Building and U.S. Courthouse,

    Attn: Attorney Admissions Office,

    402 East State Street, Room 2020, Trenton, NJ 08608

- Bar of the State of New York (2000),

    Appellate Division of the Supreme Court of the State of New York,

    First Department, 27 Madison Avenue, New York, NY 10022

- United States District Court for the Southern District of New York (2003),

    Attn: Attorney Services,

    500 Pearl Street, New York, NY 10007

- United States District Court for the Eastern District of New York (2003),

    225 Cadman Plaza East, Brooklyn, NY 11201

4. I submit this Certification in support of the application for *pro hac vice* admission of Robert Reeves Anderson in this action pursuant to Local Civ. R. 101.1(c)(1). I am personally familiar with the facts set forth in this Certification.

5. If the Court grants the above-referenced *pro hac vice* admission, I will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will make all Court appearances, will be responsible for the conduct of this action and for the conduct of the attorney admitted *pro hac vice*, and will otherwise comply with all the terms and conditions of Local Civ. R. 101.1(c).

6. Plaintiffs oppose this motion for *pro hac vice* admission.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
      May 14, 2012

Respectfully submitted,

ARNOLD & PORTER LLP

By:  s/Jennifer L. Larson
    Jennifer L. Larson
    ARNOLD & PORTER LLP
    399 Park Avenue
    New York, NY  10022-4690
    Tel:  (212) 715-1000
    Fax:  (212) 715-1399

*Attorney for Defendants Neeman, Kahlon, Arbel, Steinmetz, Artman, Milner, and Edri*